1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME MARKAY,

    Petitioner,                              No. CIV-S-02-0152 GEB GGH P

   vs.

L. BROWN, et al.,

    Respondents.                            ORDER

_____/

        Pursuant to this court's order filed on March 24, 2005, the parties have filed a joint scheduling statement. Petitioner's counsel intends to stand on the original habeas petition, filed on December 4, 2001, which sets forth a single claim and does not intend to file a supplemental memorandum of points and authorities. The parties do not intend to file any motion for discovery or for an evidentiary hearing and do not anticipate future amendments to pleadings. The parties stipulate that the sole remaining claim has been exhausted and respondent seeks thirty days to file the answer.

        Accordingly, IT IS ORDERED that:

        1. Respondent is directed to file an answer to petitioner's habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. The answer shall be accompanied by all transcripts and other documents relevant to the issues presented in

1

the petition.  See Rule 5, Fed. R. Governing § 2254 Cases; and

       2. Any reply by petitioner shall be filed and served within thirty days after service of the answer.

DATED: 4/29/05

                                               /s/ Gregory G. Hollows
                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

GGH:009
mark0152.pst