IN THE UNTIED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME MARKAY                                  CIV-S-02-0152-GEB-GGH-P

       Petitioner                                  ORDER

     v.

L.E. BROWN, et al

       Respondent

_____/

     GOOD CAUSE APPEARING, THEREFORE

     IT IS HEREBY ORDERED that Petitioner's request for an enlargement of time to file any objectionS to the Findings and Recommendation that the petitioners' application for a writ of habeas corpus be denied a petition for writ of habeas corpus is granted.

     Any objections by Petitioner to the Findings and Recommendations are now due on or before April 18, 2008.

     Dated: _Mar. 17, 2008_

                              GREGORY G. HOLLOWS

                                 JUDGE