UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME MARKAY, | No. 2:02-cv-0152 GEB GGH P |
| Petitioner, | |
| v. | ORDER |
| L. BROWN, et al., | |
| Respondents. | |

This petition for writ of habeas corpus was denied on May 7, 2008 and judgment entered accordingly.  Petitioner's letter, filed on March 12, 2014, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases.  Therefore, this document will be placed in the file and disregarded.  Petitioner seeks to continue his appeal which was dismissed by the Ninth Circuit Court of Appeals on December 30, 2008.  Petitioner should file such a request with the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated: April 1, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

Mark0152.158

1